[ DO NOT PUBLISH]


IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 10-10516
Non-Argument Panel

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
SEPTEMBER 14, 2010
JOHN LEY
CLERK

D.C. Docket No. 4:08-cv-00062-CDL


DENNIS RILEY,

                                                      Plaintiff-Appellant,


                              versus


HARRIS COUNTY SHERIFF'S DEPARTMENT,
The, Jointly and Severally,
RYAN WILLIAMSON, Deputy, Jointly and
Severally,

                                                      Defendants-Appellees.


_____

Appeal from the United States District Court
for the Middle District of Georgia

_____

(September 14, 2010)


Before CARNES, MARCUS and HILL, Circuit Judges.

PER CURIAM:

Dennis Riley appeals the grant of summary judgment to defendant, Ryan Williams, on Riley's various Fourth Amendment claims brought pursuant to 42 U.S.C. § 1983 in connection with his arrest by Williams. Riley also appeals the grant of summary judgment to Williams on Riley's state law claim for intentional infliction of emotional distress.

The district court granted summary judgment to Williams after it concluded that the undisputed facts in this case, taken in the light most favorable to Riley, conclusively demonstrate that Williams did not violate any of Riley's constitutional rights during the course of Riley's arrest. The district court also concluded that there was no evidence that Williams acted with malice during the arrest, as required under Georgia law to establish a claim for intentional infliction of emotional distress.

Our review of the briefs on appeal and the record in this case indicate no error in the district court's analysis of the facts or application of the law to those facts. Accordingly, the judgment of the district court is

AFFIRMED.